# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF
    LORRAINE E. KNAUSS

CA 13-01131-WY
BKY 12-17482-SR

# ORDER

**AND NOW**, this 5th day of November, 2013, upon consideration of the Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania on January 30, 2013, Appellant's brief objecting thereto (Doc. 6), and Appellee's brief in response to Appellant's objections (Doc. 7); and after hearing on October 30, 2013; it is **HEREBY ORDERED AND DECREED** that the order of the bankruptcy court is **AFFIRMED**.

                                              s/ William H. Yohn Jr.
                                            William H. Yohn Jr., Judge.